UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| DONALD L. TOUCHET | CIVIL ACTION NO. 07-0087-A |
| -vs- | JUDGE DRELL |
| NATCHITOCHES PARISH<br>DETENTION CENTER | MAGISTRATE JUDGE KIRK |

**J U D G M E N T**

For the reasons contained in the Report and Recommendation of the magistrate judge filed previously herein, noting the absence of objections thereto and noting Plaintiff's failure to keep the Court advised of his change of address, and concurring with the magistrate judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be DISMISSED, *sua sponte*, under 28 U.S.C. § 1915(e)(2)(B).

SIGNED on this 26th day of June, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge